IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF | No. C 14-80142 WHA |
| In the Matter of Gordon Dean Brown - #171745 | **ORDER OF SUSPENSION** |

    Because Gordon Dean Brown has failed to respond to the order to show cause, Mr. Brown's membership in the bar of this Court is hereby **SUSPENDED**.

    **IT IS SO ORDERED.**

Dated: July 22, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE